**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| MY HEALTH, INC., <br><br> Plaintiff, <br><br> v. <br><br> ASPIRE HOME HEALTHCARE <br><br> Defendant. | Civil Action No. 2:16-cv-00877 |

**ORDER OF DISMISSAL WITH PREJUDICE**

In consideration of the parties' Joint Motion for Dismissal Without Prejudice of all claims asserted between Plaintiff My Health, Inc. ("My Health") and defendant Aspire Home Healthcare ("Aspire"), the Agreed Motion for Dismissal Without Prejudice is GRANTED, and it is ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Plaintiff and Defendant, are hereby dismissed without prejudice.

It is further ORDERED that all attorneys' fees, expenses, and costs are to be borne by the party that incurred them.

**SIGNED this 5th day of October, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE